# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 19-14114 |
| | ) | |
| MARY JO WALLER | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| | ) | JUDGE JESSICA E PRICE SMITH |
| DEBTOR(S) | ) | |
| | ) | **DEBTOR'S MOTION FOR AUTHORITY** |
| | ) | **TO SELL REAL PROPERTY** |

Now comes the Debtor, Mary Jo Waller, by and through counsel, and hereby moves this Honorable Court for an Order authorizing her to sell real property as follows.

1) Debtor filed a Chapter 13 Bankruptcy petition on July 3, 2019. Debtor's Chapter 13 Plan was confirmed on November 25, 2019.

2) Debtor's plan of reorganization provides for 100% distribution to unsecured creditors.

3) Debtor is the owner of vacant land located at N. Boone Road in Columbia Station, OH situated in Lorain County (see Schedule A). This property is not encumbered by any mortgage or lien.

4) Debtor has received an offer and has entered into a purchase agreement to sell the subject property for the amount of $120,000.00. (See Purchase Agreement, attached hereto as Exhibit A and incorporated herein). The sale of this property will yield enough proceeds to pay off Debtor's Creditors at a 100% distribution. Debtor currently owes the estate approximately $80,000.00. Accordingly, this offer is fair and reasonable and is of great benefit to her Creditors.

5) The proceeds of the sale shall go directly to the Trustee in order to pay off Debtor's claims with the remaining balance going to the Debtor.

6) It is in the best interests of Debtor and her Creditors that said property be sold pursuant to the terms set forth in the Purchase Agreement. The proposed sale will not prejudice or harm the interests of creditors; instead the proposed sale will greatly benefit all parties.

WHEREFORE, Debtor respectfully requests an Order granting her authority to sell her real property located at N. Boone Road in Columbia Station, Ohio and situated in the County of Lorain.

Respectfully submitted,

**J.P. AMOURGIS & ASSOCIATES**

/s/ Y. Eric Holtz
Y. Eric Holtz (0084326)
Attorney for Debtors
3200 West Market Street, Ste. 106
Akron, Ohio 44333-3324
Phone: (330) 535-6650
Fax:   (330) 535-2205
yeholtz@amourgis.com

## **CERTIFICATE OF SERVICE**

I certify that on May 9, 2020 a true and correct copy of the foregoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Lauren A Helbling        served electronically
- United States Trustee    served electronically

And by regular U.S. mail, postage prepaid, on:

All Creditors, Per Attached List

/s/ Y. Eric Holtz
Y. Eric Holtz (0084326)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 19-14114-jps<br>Northern District of Ohio<br>Cleveland<br>Wed Jul  3 11:59:12 EDT 2019 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Cuyahoga County Court of Common Ple<br>1200 Ontario Street<br>Cleveland, OH 44113-1610 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Eric S. Peterson, Esq.<br>1100 Sujperior Avenue<br>19th Floor<br>Cleveland, OH 44114-2521 | Huntington<br>Attn: Bankruptcy CAS056<br>3 Cascade Plaza<br>Akron, OH 44308-1124 |
| Huntington National Bank<br>c/o Officer of the Institution or<br>Highest Ranking Officer<br>5555 Cleveland Ave.<br>Columbus, OH 43231-4048 | Huntington Natl Bk<br>Attn: Officer or Agent<br>7 Easton Oval<br>Columbus, OH 43219-6060 | Kia Motors Finance<br>Attn. Officer or Agent<br>4000 Macarthur Blvd.<br>Newport Beach, CA 92660-2558 |
| Kia Motors Finance<br>Attn: Bankruptcy<br>Po Box 20825<br>Fountain Valley, CA 92728-0825 | Kia Motors Finance<br>P.O. Box 20835<br>Fountain Valley, CA 92728-0835 | Meaningful Beauty<br>PO Box 2017<br>Harlan, IA 51593-0232 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RBS Citizens Cc<br>1 Citizens Dr.<br>Ms: Rop 15b<br>Riverside, RI 02915-3035 | Synchrony Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Lauren A. Helbling<br>200 Public Square Suite 3860<br>Cleveland, OH 44114-2322 | Mary Jo A. Waller<br>3329 W. 44th St.<br>Cleveland, OH 44109-1077 | Y. Eric Holtz<br>Amourgis & Associates<br>3200 W. Market Street Suite 106<br>Akron, OH 44333-3324 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |